# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Todd Pattison,**        Plaintiffs, <br><br> v. <br><br> **PARAGON SYSTEMS, INC., PATRONUS SYSTEMS, INC., PATRONUS SYSTEMS PARTNERS, LLC, ATHENA SERVICES INTERNATIONAL, LLC, and ATHENA JOINT VENTURE SERVICES, LLC,** <br><br>        Defendants. | CV No. TDC 21-3260 <br><br> **<u>FILED UNDER SEAL</u>** |

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action against all named Defendants. The United States intends to file its complaint within 60 days of the entry of this Court's order.

The Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order accompanies this notice.

Dated: August 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EREK L. BARRON
United States Attorney
District of Maryland

By: _____
SARAH MARQUARDT (No. 17294)
Assistant United States Attorneys
36 S. Charles Street, 4th Floor |
Baltimore, MD 21201
Telephone (410) 209-4801

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
ALICIA J. BENTLEY
Attorneys, Civil Division
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for the United States of America