# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> **AMERICA *ex rel.* Todd Pattison,** ) <br> ) <br> **v.** ) <br> ) <br> **PATRONUS SYSTEMS, INC.,** *et al.* ) <br> ) <br>     Defendants. ) <br> _____ ) | CV No. TDC 21-3260 |

## NOTICE OF SETTLEMENT BETWEEN THE UNITED STATES AND PARAGON SYSTEMS, INC.

The United States notifies this Court that on November 5, 2024, the United States and Defendant Paragon Systems, Inc. entered into a settlement agreement to resolve the claims asserted against Paragon in this action. Ex. A. The settlement agreement also resolves the relator's claim for a share of the recovery and for reasonable attorneys' fees and costs. Under the terms of the settlement agreement, all claims against Paragon will be dismissed following Paragon's initial scheduled payment scheduled to occur on or about January 8, 2025. Once Paragon makes this scheduled payment to the United States, the United States will file a notice of dismissal of Paragon.

Dated: November 5, 2024

                                     BRIAN M. BOYNTON
                                     Principal Deputy Assistant Attorney General

                                     EREK L. BARRON
                                     United States Attorney
                                     District of Maryland

                                     By: _____

SARAH MARQUARDT (No. 17294)
Assistant United States Attorneys
36 S. Charles Street, 4th Floor |
Baltimore, MD 21201
Telephone (410) 209-4801

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
ALICIA J. BENTLEY
Attorneys, Civil Division
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for the United States of America