# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **AMERICA** *ex rel.* **Todd Pattison,** <br><br> **v.** <br><br> **PATRONUS SYSTEMS, INC.,** *et al.* <br><br> Defendants. | CV No. TDC 21-3260 |

## NOTICE OF SETTLEMENT BETWEEN THE UNITED STATES AND DEFENDANTS ATHENA SERVICES INTERNATIONAL, LLC AND ATHENA JOINT VENTURE SERVICES, LLC

The United States notifies this Court that on November 5, 2024, the United States, Relator Todd Pattison, and Defendants Athena Services International, LLC and Athena Joint Venture Services, LLC (collectively "Athena") entered into a settlement agreement to resolve the claims asserted against Athena in this action. The settlement agreement also resolves relator's claim for a share of the recovery and for reasonable attorneys' fees and costs. Under the terms of the settlement agreement, all claims against Athena will be dismissed following Athena's initial scheduled payment scheduled to occur on or before December 5, 2024. Once Athena makes this scheduled payment to the United States, the United States will file a notice of dismissal of Athena.

Dated: November 5, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EREK L. BARRON
United States Attorney
District of Maryland

By: *[signature: Sarah Marquardt]*
SARAH MARQUARDT (No. 17294)
Assistant United States Attorneys
36 S. Charles Street, 4th Floor |
Baltimore, MD 21201
Telephone (410) 209-4801

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
ALICIA J. BENTLEY
Attorneys, Civil Division
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for the United States of America