**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel. Todd Pattison,*<br><br>    Plaintiff,<br><br>    v.<br><br>PARAGON SYSTEMS, INC.,<br>PATRONUS SYSTEMS, INC.,<br>PATRONUS SYSTEMS PARTNERS, LLC,<br>ATHENA SERVICES INTERNATIONAL,<br>LLC,<br>ATHENA JOINT VENTURE SERVICES,<br>LLC and<br>MABEL RUTH O'QUINN,<br><br>    Defendants. | Civil Action No. TDC-21-3260 |

**ORDER**

Plaintiff United States of America *ex rel.* Todd Pattison has filed a Complaint that does not comply with the Local Rules of the United States District Court for the District of Maryland ("Local Rules"), which state that "[p]leadings should be no longer than necessary and, except in removals of a state action, shall not exceed forty (40) pages in length." D. Md. Local R. 103.1(d). The Complaint is 53 pages, which exceeds the page limit set forth in the Local Rules.

Accordingly, it is hereby ORDERED that:

1.      Plaintiff's Complaint, ECF No. 21, is STRICKEN.

2.    Plaintiff is granted leave to file, within **7 days** of the date of this Order, an Amended

Complaint that complies with the Local Rules.


Date:  November 19, 2024

THEODORE D. CHUANG
United States District Judge

2