UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TODD PATTISON,<br><br>                Plaintiffs,<br><br>          v.<br><br>PARAGON SYSTEMS, INC., PATRONUS SYSTEMS, INC., PATRONUS SYSTEMS PARTNERS, LLC, ATHENA SERVICES INTERNATIONAL, LLC, ATHENA JOINT VENTURE SERVICES, LLC, and MABEL RUTH O'QUINN<br><br>                Defendants. | Civil Action No. TDC 21-3260 |

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ATHENA SERVICES INTERNTIONAL, LLC AND ATHENA JOINT VENTURE SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41(a), 31 U.S.C. § 3730(b)(1), and the settlement agreement between the United States, Athena Services International, LLC, Athena Joint Venture Services, LLC, and *qui tam* Plaintiff-Relator Todd Pattison ("Relator"), Relator hereby notices the voluntary dismissal with prejudice of his claims against Defendants Athena Services International, LLC and Athena Joint Venture Services, LLC (collectively, "Athena"), and only as to those defendants. In support of this Notice, Relator states as follows:

1. Relator filed the Complaint in this False Claims Act case under seal on December 22, 2021, pursuant to the *qui tam* provisions of the federal False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq.*
2. As required by the FCA, the Complaint was filed without service on the defendants.
3. On August 30, 2024, the United States filed its Notice of Election to Intervene in the action against all Defendants.

1

4. On November 5, 2024, the United States notified the Court of a settlement agreement entered into by the United States, Relator, and Athena ("Athena Settlement Agreement") to resolve the claims asserted against Athena in this action, and that after Athena made an initial scheduled payment, all claims against Athena would be dismissed.

5. In a separate Notice filed on November 5, 2024, the United States informed the Court of a settlement agreement entered into by the United States, Relator, and Defendant Paragon Systems, Inc. ("Paragon Settlement Agreement").

6. On the same date, the United States filed its Complaint in Intervention as to the remaining defendants in this action – Patronus Systems, Inc. ("Patronus"), Patronus Systems Partners, LLC ("PSP"), and Mabel Ruth O'Quinn.

7. After Athena made the initial payment referred to in paragraph 4, the United States and Athena filed a stipulation of dismissal of the United States' claims against Athena on December 3, 2024.

8. In accordance with the terms of the Athena Settlement Agreement, Relator voluntarily dismisses his claims as to Athena only.

9. This dismissal shall have no impact on the claims alleged against the other defendants in this action or in any related actions.

10. Rule 41(a)(1) of the Federal Rules of Civil Procedure permits a plaintiff to dismiss an action without prejudice by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Fed. R. Civ. Proc. 41(a)(1) ("(A) *Without a Court Order.* Subject to … any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment …."

11. Relator's Notice of Voluntary Dismissal of Claims Against Athena falls within the terms of Rule 41(a)(1) because Relator's Complaint and the United States' Complaint

have not been served upon Athena and therefore no answer or motion for summary judgment has been filed in response.

12. Under the FCA, a *qui tam* plaintiff may dismiss an FCA action with the written consent of the United States and the Court. 31 U.S.C. § 3730(b)(1).

13. Counsel for the United States has informed Relator's counsel that the United States consents to this voluntary dismissal. The FCA does not require that Athena consent to the dismissal. *See* 31 U.S.C. § 3730(b)(1). In addition, Athena has not been served with the Relator's or the United States' Complaints. Furthermore, the United States and Athena consented to dismissal in the Athena Settlement Agreement.

14. For the foregoing reasons, Relator requests that the Court enter the dismissal of his claims against Defendants Athena Services International, LLC and Athena Joint Venture Services, LLC. A proposed order is attached to this Notice.

Dated: January 10, 2025                                                  Respectfully submitted,

/s/ Peter W. Chatfield
Peter W. Chatfield (D. Md. No. 06270)
peter@phillipsandcohen.com
John W. Tremblay (admitted *pro hac vice*)
jtremblay@phillipsandcohen.com
Phillips & Cohen LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Tel: (202) 833-4567