UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> **AMERICA *ex rel.* Todd Pattison,** ) <br> ) <br> **v.** ) <br> ) <br> **PATRONUS SYSTEMS, INC.,** *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | CV No. TDC 21-3260 |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
DEFENDANT PARAGON SYSTEMS, INC.**

The United States, Relator Todd Pattison ("Relator"), and Defendant Paragon Systems, Inc. ("Paragon") hereby agree and stipulate as follows:

1. Pursuant to the Settlement Agreement among the United States, Relator, and Paragon, the United States' and the Relator's claims against Defendant Paragon only are hereby dismissed with prejudice.

2. This dismissal shall have no impact on the claims alleged against the other defendants in this action or in any related actions.

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: February 7, 2025

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EREK L. BARRON
United States Attorney
District of Maryland

By: _____

SARAH MARQUARDT (No. 17294)
Assistant United States Attorneys
36 S. Charles Street, 4th Floor |
Baltimore, MD 21201
Telephone: (410) 209-4801

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
ALICIA J. BENTLEY
Attorneys, Civil Division
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for the United States of America

Dated: January __, 2025

By: _____
PAUL A. DEBOLT
Venable, LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone: (202) 344-8384

Dated: January 10, 2025

By: _____
PETER W. CHATFIELD (D. Md. No. 06270)
peter@phillipsandcohen.com
John W. Tremblay (admitted pro hac vice)
jtremblay@phillipsandcohen.com
Phillips & Cohen LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Telephone: (202) 833-4567